# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0971−5 | User: lubarron | Date Created: 9/9/2015 |
| Case: 15−52367 | Form ID: pdfnonrd | Total: 11 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
reqntc    FEDERAL NATIONAL MORTGAGE ASSOCIATION

TOTAL: 1

**Recipients of Notice of Electronic Filing:**
ust    Office of the U.S. Trustee / SJ    USTPRegion17.SJ.ECF@usdoj.gov
tr    Devin Derham−Burk    ctdocs@ch13sj.com
aty    Daniel K. Fujimoto    wdk@wolffirm.com

TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db    Maria Elena Kohara−Ochoa    348 Chardonnay Drive    Salinas, CA 93906
cr    Federal National Mortgage Association    c/o The Wolf Firm, A Law Corporation    2955 Main Street    Second Floor    Irvine, CA 92614
14106968    FEDERAL NATIONAL MORTGAGE ASSOCIATION    THE WOLF FIRM, A Law Corporation    2955 Main Street, Second Floor    Irvine, CA 92614
14118319    Internal Revenue Service    P O Box 7346    Philadelphia, P A 19101−7346
14098072    Kayo Manson−Tomkins/The Wolf Firm    2955 Mainstreet, 2nd Floor    Irvine, CA 92614
14098071    Maria Elena Kohara−Ochoa    348 Chardonnay Drive    Salinas, CA 93906
14098073    United State Office of Trustee    280 South First Street Room 268    San Jose, CA 95113

TOTAL: 7